Roy A. Katriel (265463)
**THE KATRIEL LAW FIRM, P.C.**
4225 Executive Square, Suite 600
La Jolla, CA 92037
Tel:     (858) 242-5642
Fax:    (858) 430-3719
E-mail: rak@katriellaw.com

Michael D. Braun (167416)
**BRAUN LAW GROUP, P.C.**
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 836-6000
Facsimile: (310) 836-6010
E-mail: service@braunlawgroup.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| CHARLIE A. JACQUO-STEVENSON AND COREY R. STEVENSON, On Behalf Of Themselves And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC,<br><br>Defendant. | Case No. 2:16-CV-00727-DSF-E<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>**Judge: Hon. Dale S. Fischer**<br>**Courtroom: 840** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Charlie A. Jacquo-Stevenson and Corey R. Stevenson, by and through their undersigned counsel, hereby file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: May 5, 2015

/s/ Roy A. Katriel
Roy A. Katriel (SBN 265463)
**THE KATRIEL LAW FIRM, P.C.**
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (858) 242-5642
Facsimile:  (858) 430-3719

Michael D. Braun (167416)
**BRAUN LAW GROUP, P.C.**
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 836-6000
Facsimile: (310) 836-6010
E-mail: service@braunlawgroup.com

*Counsel for Plaintiffs*